UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **MAURICIO MENDOZA,** | : | VIOLATION:  21 U.S.C. § 841(a)(1) |
| **Defendant.** | : | and § 841(b)(1)(B)(ii) |
| | : | (Unlawful Distribution of 500 Grams or More |
| | : | of Cocaine) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about January 29, 2008, within the District of Columbia, **MAURICIO MENDOZA** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Distribution of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.