NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  1:08-cr-00040-RWR

**Mauricio Mendoza**
        (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Danny Onorato*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Danny C. Onorato (#480043)**
(Attorney & Bar ID Number)

Schertler & Onorato, LLP
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

**Washington, DC 20004**
(City)          (State)          (Zip)

**(202) 628-4199**
(Telephone Number)