NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:08-cr-00040-RWR

Mauricio Mendoza
         (Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael Starr (#461773)
_(Attorney & Bar ID Number)_

Schertler & Onorato, LLP
_(Firm Name)_

601 Pennsylvania Avenue, NW, North Building, 9th Floor
_(Street Address)_

Washington, DC 20004
_(City)          (State)          (Zip)_

(202) 628-4199
_(Telephone Number)_