# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT — FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 08-040 | MAGIS. NO: |
|---|---|---|
| V.<br><br>MAURICIO MENDOZA | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Mauricio Mendoza | |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 500 GRAMS OR MORE OF COCAINE

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(ii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>2/27/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE.<br>2/27/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2/29/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2/29/08 | Jessica Schiwitz, AUSM | Jessica Schiwitz |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |