### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:08-cr-00040-RWR |
| | ) | |
| **MAURICIO MENDOZA** | ) | |

### CONSENT MOTION TO CONTINUE DETENTION HEARING

COMES NOW Defendant Mauricio Mendoza, by and through undersigned counsel, and hereby moves this Honorable Court to grant a continuance of the detention hearing in the above-captioned matter from Wednesday, March 5, 2008 until Friday, March 7, 2008. Undersigned counsel entered their appearances in this matter today and require the brief continuance to become familiar with the case prior to the detention hearing. AUSA Nancy Jackson does not oppose this request.

WHEREFORE, Mr. Mendoza respectfully moves this Honorable Court to continue the hearing date until March 7, 2008.

Dated: March 4, 2008                    Respectfully submitted,

                                        /s/
                                        Danny C. Onorato (DC Bar #480043)
                                        Michael Starr (DC Bar #461773)
                                        Schertler & Onorato, LLP
                                        601 Pennsylvania Avenue, NW
                                        North Building, 9th Floor
                                        Washington, DC 20004
                                        Telephone: (202) 628-4199
                                        Facsimile: (202) 628-4177

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | 1:08-cr-00040-RWR |
| **MAURICIO MENDOZA** | ) ) | Magistrate Judge Alan Kay |
| **Defendants.** | ) ) ) | |

## ORDER

BASED UPON the motion of Defendant Mauricio Mendoza to continue the detention hearing currently scheduled for Wednesday, March 5, 2008;

IT IS HEREBY ORDERED THAT Mr. Mendoza's Consent Motion to Continue be, and hereby is, GRANTED; and

IT IS HEREBY FURTHER ORDERED THAT the detention hearing date be held on March 7, 2008 at _____pm/am.

Dated this _____ day of March, 2008.

_____
Honorable Alan Kay
Magistrate Judge