IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAR 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:08-cr-00040-RWR |
| ) | |
| MAURICIO MENDOZA ) | Magistrate Judge Alan Kay |
| ) | |
| Defendants. ) | |

### ORDER

BASED UPON the motion of Defendant Mauricio Mendoza to continue the detention hearing currently scheduled for Wednesday, March 5, 2008;

IT IS HEREBY ORDERED THAT Mr. Mendoza's Consent Motion to Continue be, and hereby is, GRANTED; and

IT IS HEREBY FURTHER ORDERED THAT the detention hearing date be held on March 7, 2008 at _____pm/am.

Dated this __7__ day of March, 2008.

_____
Honorable ~~Alan Kay~~
Magistrate Judge