# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) | 1:08-cr-00040-RWR |
| | ) ) ) | |
| **MAURICIO MENDOZA** | ) ) ) | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant Mauricio Mendoza, by and through undersigned counsel, and hereby moves this Honorable Court to grant a continuance of the status hearing in the above-captioned matter from Wednesday, April 2, 2008 until any day that the Court is available during the following week. While the parties are available during the week of April 7, 2008 through April 11, 2008, the parties respectfully suggest that the hearing be held on either Monday, April 7, 2008 or Tuesday, April 8, 2008. One of the parties has unexpectedly become available on the presently scheduled date necessitating this request. AUSA Nancy Jackson does not oppose this request.

2

      WHEREFORE, Mr. Mendoza respectfully moves this Honorable Court to continue the April 2, 2008 status hearing.

Dated:  March 31, 2008                        Respectfully submitted,

                                                  /s/
                                      Danny C. Onorato (DC Bar #480043)
                                      Michael Starr (DC Bar #461773)
                                      Schertler & Onorato, LLP
                                      601 Pennsylvania Avenue, NW
                                      North Building, 9th Floor
                                      Washington, DC 20004
                                      Telephone:  (202) 628-4199
                                      Facsimile:  (202) 628-4177

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:08-cr-00040-RWR |
| MAURICIO MENDOZA | ) | Magistrate Judge Alan Kay |
| Defendants. | ) | |

### **ORDER**

BASED UPON the motion of Defendant Mauricio Mendoza to continue the status hearing currently scheduled for Wednesday, April 2, 2008;

IT IS HEREBY ORDERED THAT Mr. Mendoza's Consent Motion to Continue be, and hereby is, GRANTED; and

IT IS HEREBY FURTHER ORDERED THAT the status hearing will be held on either April 7, 2008 at _____ am/pm or on April 8, 2008 at _____ am/pm.

Dated this _____ day of April, 2008.

_____
Honorable Alan Kay
Magistrate Judge