IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:08-cr-00040-RWR |
| | ) | |
| **MAURICIO MENDOZA** | ) | |
| | ) | |

## NOTICE OF FILING

COMES NOW Defendant Mauricio Mendoza, by and through undersigned counsel, hereby respectfully files this Notice of Filing and attaches an Amended Proposed Order with regard to his Consent Motion to Continue Status Hearing.

Dated:  April 1, 2008                                Respectfully submitted,


                                                                /s/
                                        Danny C. Onorato (DC Bar #480043)
                                        Michael Starr (DC Bar #461773)
                                        Schertler & Onorato, LLP
                                        601 Pennsylvania Avenue, NW
                                        North Building, 9th Floor
                                        Washington, DC 20004
                                        Telephone:  (202) 628-4199
                                        Facsimile:  (202) 628-4177

#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | 1:08-cr-00040-RWR |
| **MAURICIO MENDOZA** | ) ) ) | |
| **Defendants.** | ) ) | |

### ORDER

BASED UPON the motion of Defendant Mauricio Mendoza to continue the status hearing currently scheduled for Wednesday, April 2, 2008;

IT IS HEREBY ORDERED THAT Mr. Mendoza's Consent Motion to Continue be, and hereby is, GRANTED; and

IT IS HEREBY FURTHER ORDERED THAT the status hearing will be held on either April 7, 2008 at _____am/pm or on April 8, 2008 at _____ am/pm.

Dated this _____ day of April, 2008.

_____

Honorable Richard W. Roberts